■ MARK J. MAHONEY et al., on Behalf of Themselves and Others, Respondents-Appellants, v GEORGE E. PATAKI, as

Governor of State of New York, et al., Appellants-Respondents. (Appeal No. 1.) [726 NYS2d 308] —Appeal and cross appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeals from Judgment of Supreme Court, Genesee County, McCarthy, J.—Declaratory Judgment.) Present—Green, J. P., Hayes, Scudder, Burns and Lawton, JJ.